UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEAN MELCHIOR, | § |
| | § |
| Plaintiff, | § |
| | §   CIVIL ACTION |
| v. | §   NO. 3:11-cv-03094-M |
| | § |
| HILITE INTERNATIONAL, INC. | § |
| | § |
| Defendant. | § |

## NOTICE OF APPEAL

Notice is hereby given that Hilite International, Inc., Defendant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on July 27, 2015, and from all prior orders and rulings in this action, including but not limited to (1) this Court's written order, dated July 15, 2015, denying Hilite's post-trial Motion for Judgment as a Matter of Law under Federal Rule of Civil Procedure 50(b) and Alternative Motion for a New Trial or Remittitur under Rule 59(a)(1), denying Hilite's Motion for Reconsideration of the Court's Claim Construction Rulings, granting Plaintiff's Motion for Entry of Judgment on the Verdict, and granting Plaintiff's Motion for Award of Pre-Judgment and Post-Judgment Interest; (2) this Court's oral order on the record, dated February 26, 2015, denying Hilite's motions, before submission of the case to the jury, for judgment as a matter of law; (3) this Court's oral order on the record, dated February 19, 2015, denying Hilite's motion, after the close of Plaintiff's evidence, for judgment as a matter of law; (4) this Court's minute order, dated September 25, 2014, insofar as it denied Hilite's Motion for Summary Judgment; and (5) this Court's written order, dated September 17, 2014, setting forth its Final Claim Construction.

1

Dated:  August 14, 2015	Respectfully submitted

  /s/  John M. DiMatteo
John M. DiMatteo
New York Bar No. 2239473
(Admitted Pro Hac Vice)
Marc Montgomery
(Admitted Pro Hac Vice)
New York Bar No. 4763785
HOLWELL SHUSTER & GOLDBERG LLP
125 Broad Street
New York, N.Y.  10004
646-837-5151 (telephone)
646-837-5150 (facsimile)
jdimatteo@hsgllp.com
mmontgomery@hsgllp.com


John C. Eichman
Texas Bar No. 06494800
Amy S. Bowen
Texas Bar No. 24028216
HUNTON & WILLIAMS LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas  75202
Telephone:    (214) 468-3321
Facsimile:     (214) 740-7118
jeichman@hunton.com
abowen@hunton.com

**ATTORNEYS FOR DEFENDANT HILITE INTERNATIONAL, INC.**

**CERTIFICATE OF SERVICE**

On August 14, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

   /s/  John C. Eichman
John C. Eichman