# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JEAN MELCHIOR, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:11-CV-3094-M (BH) |
| HILITE INTERNATIONAL, INC., | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's objections to the bill of costs are **SUSTAINED**, and the defendant is awarded $94,985.33 in taxable costs.

**SIGNED** this 23rd day of February, 2018.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**